THEISSIG v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Margaret Theissig against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

---

In re TIBBETT AVE. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Tibbett Avenue. No opinion. Application granted. Order filed.

---

TIMMONS, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by James Timmons, an infant, by Mary Timmons, his guardian ad litem, against the American Manufacturing Company.

PER CURIAM. Plaintiff's part in oiling the machine and in letting the oil be on the floor for a month, without having made any report of it, raised the question of assumption of risk and of a want of care in going through this aisle with the oil in plain view. His knowledge the day before of the loosened bolt in the guard at the pulley, without any report or complaint, also raised a question of assumption of risk. The complaint being under the Employers' Liability Act (Consol. Laws, c. 31), although the proof was not, misled the learned court in its charge on the burden of proof. Though afterwards corrected, probably it did not quite clear up the question to the jury. The request as to the defendant's knowledge of the loosened bolt should have been charged. The judgment and order are therefore reversed, and a new trial granted; costs to abide the event.

---

TIRNAUER, Respondent, v. FIRE ASS'N OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Isidor Tirnauer against the Fire Association of Philadelphia, etc. No opinion. Order affirmed, with $10 costs and disbursements, upon the ground that in this case there are special circumstances which made it proper for the Special Term to exercise its discretion in conditionally denying the motion.

---

TISDALE LUMBER CO., Appellant, v. PIQUET et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by the Tisdale Lumber Company against Albert W. Piquet and another, copartners, etc. No opinion. Judgment affirmed, with costs. See, also, 153 App. Div. 266, 137 N. Y. Supp. 1021.

---

In re TITUS STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) In the matter of the application of the City of New York, etc., as to the opening and extending of Titus Street, etc., on petition of Max C. Burger, as administrator, etc. For opinion below, see 84 Misc. Rep. 620, 147 N. Y. Supp. 813.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS, P. J., taking no part.

---

TOMANEY, Respondent, v. HUMPHREY GAS PUMP CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by George J. Tomaney against the Humphrey Gas Pump Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

---

TOWN OF LEON, Respondent, v. PEEK, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by the Town of Leon against Frank S. Peek.

PER CURIAM. Judgment affirmed, with costs.

LAMBERT, J., not sitting.

---

In re TRUSTEE OF CITY AND COUNTY HALL. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) In the matter of the appointment of a Trustee of the City and County Hall, for the use of the City of Buffalo and the County of Erie, in the place of Frank R. Whaley, deceased, whose term of office would have expired May 2, 1918. No opinion. Albert H. Hoyt, a Democrat, residing in the village of East Aurora, Erie county, appointed to fill unexpired term of the said Frank R. Whaley, deceased.

---

TURPIN, Respondent, v. FLEMING, Appellant. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Dorothea R. Turpin, as administratrix, against David B. Fleming, Sr. George Thoms, of New York City, for appellant. O. A. Campbell, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

UDELL MFG. CO., Appellant, v. PERKINS, Respondent. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by the Udell Manufacturing Company against John Perkins.

PER CURIAM. It does not appear on the face of the complaint in this action that another action is pending between the same parties for the same cause of action. The mere fact that the demurring party produced a witness on the trial of an issue of law, to prove over objection that another action is pending between the same parties, is so incongruous with the specified cause of demurrer that the interlocutory judgment of the City Court of Yonkers must be reversed, with costs and disbursements, and the demurrer overruled, with $10 costs, with leave to defendant to answer within 20 days on payment of the costs on this appeal, as well as the motion costs.